440 A.2d 1248

Commonwealth v. Moore, Appellant.

Petition for Allowance of Appeal Denied Feb. 16, 1982.

Argued September 10, 1980. John J. Gallagher, for appellant; Michele A. Goldfarb, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

441 A.2d 441

Commonwealth v. Plutko, Appellant.

Submitted November 14, 1980. Richard L. Smith, for appellant; John L. Brown, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.